# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**122 months as to count one. Pursuant to USSG §5K2.23, this sentence has been adjusted one month to adjust for the sentence imposed in Hamblen County, Tennessee Sessions Court Docket Number 173914. This sentence shall be served concurrently with any sentence that may be imposed in Hamblen County Sessions Court Docket Number 172510.**

☒ The court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served from 3/3/17 to the present.
2. 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.
3. Receive a complete mental health evaluation and receive appropriate treatment while in the custody of the Bureau of Prisons.
4. Participate in educational classes and training to learn a trade or marketable skills while incarcerated.
5. Designation to the BOP federal facility at Butner, NC.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 4-4-18 to USP Atlanta

to ,

at .

with a certified copy of this judgment.

[signature]

~~UNITED STATES MARSHAL~~

By [signature]

~~DEPUTY UNITED STATES MARSHAL~~ Warden